No. 172, Misc.   MAY *v.* RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 177, Misc.   JACKSON *v.* ILLINOIS.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 204, Misc.   CROMBIE *v.* NIERSTHEIMER, WARDEN. Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 207, Misc.   COLLINS *v.* CIRCUIT COURT OF WILL COUNTY ET AL.   Circuit Court of Will County and the Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 208, Misc.   BATES *v.* RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 209, Misc.   McNAUGHTON *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 210, Misc.   LANE *v.* ILLINOIS.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 215, Misc.   McKAY *v.* ADERHOLD ET AL., WARDENS. Supreme Court of Georgia.   Certiorari denied. *James A. Belflower* for petitioner.

No. 216, Misc.   CUNDIFF *v.* NIERSTHEIMER, WARDEN. Circuit Court of Sangamon County, Illinois.   Certiorari denied.

No. 220, Misc.   CUNNINGHAM *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois.   Certiorari denied.